IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL | |
| | ) | BEFORE: David T. Schultz | |
| Plaintiff, | ) | U.S. Magistrate Judge | |
| | ) | | |
| v. | ) | Case No: | 22-cr-223 NEB/TNL |
| | ) | Date: | September 20, 2022 |
| Ahmed Mohamed Artan(8), | ) | Courthouse: | Minneapolis |
| | ) | Courtroom: | 9E |
| Defendant, | ) | Time Commenced: | 5:45 p.m. |
| | | Time Concluded: | 5:50 p.m. |
| | | Time in Court: | 5 minutes |

APPEARANCES:

Plaintiff: Matthew Ebert and Joe Thompson, Assistant U.S. Attorney
Defendant: Barry Edwards,
   X CJA      X To be appointed

Date Charges Filed: 9/13/2022          Offense: conspiracy to commit wire fraud

X Advised of Rights

on    X Indictment

X **Personal Recognizance Bond with conditions, see Order Setting Conditions of Release.**

X Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                            s/ jam
                                            Signature of Courtroom Deputy