# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br>v.<br><br>Ahmed Mohamed Artan (8),<br>　　　　　　　　Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE:  DAVID T. SCHULTZ<br>U.S. Magistrate Judge<br><br>Case No:          22-cr-223 NEB/TNL<br>Date:              September 20, 2022<br>Courthouse:    Minneapolis<br>Courtroom:    9E<br>Time Commenced:  5:50 p.m.<br>Time Concluded:  5:52 p.m.<br>Time in Court:    2 minutes |

APPEARANCES:

　Plaintiff: Matthew Ebert and Joe Thompson, Assistant U.S. Attorney
　Defendant: Barry Edwards,
　　　　　　X CJA

**Indictment Dated:** 9/13/2022

　X Reading of Indictment Waived　　X Not Guilty Plea Entered

Other Remarks:

X Counsel to be notified of additional dates by separate Order to be issued.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/jam
　　　　　　　　　　　　　　　　　　　　　　　　Signature of Courtroom Deputy