AO 442 (Rev. 11/11) Arrest Warrant

**RECEIVED**

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

SEP 22 2022

CLERK, U.S. DISTRICT COURT
ST PAUL, MINNESOTA

| United States of America | ) | |
| v. | ) | |
| Ahmed Mohamed Artan (8) | ) | Case No.   CR 22-223 MJD/DTS |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

2022 SEP 14   AM 7:42
RECEIVED
US MARSHALS
SAINT PAUL, MN

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Ahmed Mohamed Artan                                                                     ,

who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

☐ Pretrial Release Violation Petition

This offense is briefly described as follows:
Count 1 – Conspiracy to Commit Wire Fraud, 18:371; Counts 3, 4, 6, 7, 9, 10, 13 – Wire Fraud, 18:1343; Count 15 – Conspiracy to Commit Federal Programs Bribery, 18:371; Count 41 – Conspiracy to Commit Money Laundering, 18:1956(h); Count 58 – Money Laundering, 18:1957.

Date:  9/13/2022

*Fogarty*
*Issuing officer's signature*

City and state:    Minneapolis, MN

Kate M. Fogarty, Clerk of Court
*Printed name and title*

| Return |
|--------|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____     ARRESTED ON  9/20/2022     ARRESTED BY  FBI      _____  *Arresting officer's signature* |
| U.S. MARSHAL DISTRICT OF MINNESOTA     BY _____     _____  *Printed name and title* |

SCANNED
SEP 22 2022
U.S. DISTRICT COURT ST PAUL