# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AHMED MOHAMED ARTAN,<br><br>Defendant. | **COURT MINUTES**<br>BEFORE: Hon. Eric C. Tostrud<br>United States District Judge<br><br>Case No.:  22-CR-223(8) (NEB/DTS)<br>Date:  June 12, 2025<br>Court Reporter:  Lori Simpson<br>Courthouse:  Minneapolis<br>Courtroom:  13E<br>Time in Court:  2:02 p.m. – 2:47 p.m.<br>Total Time:  45 Minutes |

**APPEARANCES:**

    For Plaintiff: Matthew Eberts and Daniel Bobier, Assistant United States Attorney
    For Defendant: Daniel Gerdts
        ☐ FPD, ☒ CJA, ☐ Retained, ☐ Appointed

Interpreter/Language:  None / English

**PROCEEDINGS:**

☒ Change of Plea Hearing.

☒ PLEA:
    ☒ Guilty as to Count 3 of the Indictment.

☒ Presentence Investigation and Report requested.

☒ Released on conditions previously imposed.

s/ R. Morton<br>Courtroom Deputy