State of Minnesota
Ramsey County

District Court
Second Judicial District
Court File Number: 62-JV-26-532

**Summons – Remote
Termination of Parental Rights Matter or Other
Permanent Placement Determination Matter**

Ahmed Artan
250 Turners XRD S APT 208
Golden Valley MN  55416

---

In the Matter of the Welfare of the Children of: Samira Farah

**Please take notice** that on July 20, 2026, **a Termination of Parental Rights Petition seeking to permanently sever the rights of the above-named parent(s) or another Permanency Petition seeking the permanent placement of the child(ren) of the above-named parent(s) was filed in the above-named court.**

**YOU ARE HEREBY SUMMONED AND REQUIRED TO APPEAR** at the following date and time where a remote hearing regarding the Petition and the best interests of the child(ren) will be held. Please refer to the information below for details on how to participate in the hearing:

**Hearing Information**
August 18, 2026
Admit/Deny Permanency Petition Hearing
1:50 PM
District Court Judge Nicole J. Starr
Ramsey County District Court
Jdg Starr Zoom
Meeting ID: 160 521 8625
Meeting Passcode: 654321
Use Zoom Information Above to Join
651-266-5115

**You have been served with this Summons** because, pursuant to statute or court rule:

- You are a parent to the child(ren) named in the petition; or

- You are a party to this proceeding pursuant to Juvenile Protection Rule 32.01 or an attorney for a party, or

- You have physical custody of the child who is the subject of the Petition; or

- You are a person whose presence the court believes is important to a determination concerning the best interests of the child(ren) who are the subject of the Petition.

**IF YOU FAIL TO APPEAR AT THE HEARING:**

- The court may conduct the hearing without you; and

- The court may find that the factual allegations and statutory grounds set forth in the Petition have been proved; and

- The court may enter an order granting the relief requested in the Petition, which may include:

    o removing the child(ren) from the home of the parent or legal custodian and placing the child(ren) in foster care,

    o permanently severing the parent's rights pursuant to a termination of parental rights petition,

    o permanently transferring the child(ren)'s legal and physical custody to a relative, or

    o an order for other permanent placement of the child(ren).

**A STATEMENT OF YOUR RIGHTS AND RESPONSIBILITIES IS ATTACHED, including the right to be represented by an attorney as authorized under the statutes and court rules.** It is your responsibility to immediately notify the Court Administrator if your address changes.

The Minnesota Judicial Branch uses strict security controls for all remote technology when conducting remote hearings.

**You must:**

- Notify the court if your address, email, or phone number changes.

- Be fully prepared for the remote hearing. If you have exhibits you want the court to see, you must give them to the court before the hearing. Visit https://www.mncourts.gov/Remote-Hearings.aspx for more information and options for joining remote hearings, including how to submit exhibits

- Contact the court at 651-266-5115 if you do not have access to the internet, or are unable to connect by video and audio.

- If you need an interpreter, contact the court before the hearing date to ask for one.

**To join by internet:**

1. Type https://zoomgov.com/join in your browser's address bar.

2. Enter the **Meeting ID and Meeting Passcode:**
   Jdg Starr Zoom

3. Meeting ID: 160 521 8625

4. Passcode: 654321

5. Update your name by clicking on your profile picture. If you are representing a party, add your role to your name, for example, John Smith, Attorney for Defendant.

6. Click the **Join Audio** icon in the lower left-hand corner of your screen.

7. Click Start Video.

**You can pre-check in for your hearing up to six (6) calendar days before the day of the hearing using the Statewide Check-In System website https://checkin.courts.state.mn.us/ or the QR Code below. Pre-check in also can be done on the day of your hearing.**



Dated: 7/20/2026

Donald W. Harper
Ramsey County Court Administrator

## ADVISORY OF PARTY AND PARTICIPANT RIGHTS – CHIPS PERMANENCY

QUESTIONS ABOUT YOUR RIGHTS should be addressed to your attorney or to the Court at any hearing.

**WHO IS A PARTY**

You are a party to this case pursuant to Rule 32 of the Rules of Juvenile Protection Procedure if you are one of the following:

- The child's parent, including any **parent** who is not a legal custodian and any parent who is an adjudicated or presumed father.
- In the case of an Indian child, the child's Indian custodian or child's Indian tribe.
- The person or social services agency who filed the petition.
- The social services agency when someone else has filed a termination of parental rights or other permanency petition.
- The child's guardian ad litem.
- A relative to whom the social services agency proposes to transfer the child's permanent legal and physical custody.
- Any person who intervenes as a party pursuant to Rule 34 or who is joined as a party pursuant to Rule 35.
- Any other person who is determined by the court to be important to a resolution that is in the best interests of the child.

**YOUR RIGHTS AS A PARTY ARE AS FOLLOWS:**

- To receive a copy of the Petition regarding this Juvenile Protection Matter
- To receive notice of all hearings (only if you keep the court administrator informed of your address)
- To attend all hearings, unless excluded by the Court.
- To receive copies of your social services file and other records.
- To bring motions before the court and to present evidence.
- To participate in settlement discussions and agreements.
- To subpoena witnesses to testify on your behalf.
- To make argument in support of or against the petition.
- To examine and cross-examine witnesses.
- To request review of the referee's findings and order, if your case is heard by a referee.
- To ask the court to review its disposition upon a showing of a substantial change of circumstances or that the previous disposition was inappropriate.
- To bring post-trial motions and to appeal from final orders of the court.
- To be represented by an attorney. If you are the child, the child's parent, or the child's legal custodian, the Court may appoint an attorney to represent you if the Court determines that you qualify financially and that the appointment is appropriate. If you are the parent or Indian custodian of an Indian child, the court is required to appoint an attorney to represent you if you qualify financially. The Court cannot appoint an attorney to represent you if the only allegation is that the child is a truant, unless out-of-home placement is being considered by the court. The Court may order a parent or legal custodian to reimburse some or all of the attorney's fees.

- If you are the child's foster parent, preadoptive parent, relative providing care for the child, or a relative to whom the social services agency proposes to transfer permanent legal and physical custody of the child, you have a right to offer information at each hearing. Any other person may request an opportunity to be heard, but the court is not required to grant your request.

## WHO IS A PARTICIPANT

You are a participant to this case pursuant to Rule 33 of the Rules of Juvenile Protection Procedure if you are one of the following:

- The child who is the subject of petition.
- The child's grandparent if the child has lived with you at any time during the two years before the filing of the petition.
- The child's relative or other person providing care for the child.
- The child's foster parent or a person proposed as a long-term foster parent.
- The child's spouse.
- The guardian ad litem for the child's legal custodian.
- Any other person who is determined by the court to be important to a resolution that is in the best interests of the child.

## YOUR RIGHTS AS A PARTICIPANT ARE AS FOLLOWS:

- To receive a copy of the Petition regarding this Juvenile Protection Matter.
- To receive notice of all hearings (only if you keep the court administrator informed of your address).
- To attend all hearings, unless excluded by the Court.
- To be represented by an attorney. If you are the child, the child's parent, or the child's legal custodian, the Court may appoint an attorney to represent you if the Court determines that you qualify financially and that the appointment is appropriate. If you are the parent or Indian custodian of an Indian child, the court is required to appoint an attorney to represent you if you qualify financially. The Court cannot appoint an attorney to represent you if the only allegation is that the child is a truant, unless out-of-home placement is being considered by the court. The Court may order a parent or legal custodian to reimburse some or all of the attorney's fees.
- If you are the child's foster parent, preadoptive parent, relative providing care for the child, or a relative to whom the social services agency proposes to transfer permanent legal and physical custody of the child, you have a right to offer information at each hearing. Any other person may request an opportunity to be heard, but the court is not required to grant your request.
- To automatically become a party to the case if you are the child who is the subject of this proceeding, or the child's parent, or the child's grandparent and the child has lived with you at any time during the two years prior to the filing of the petition in this matter.  All other persons may ask the Court's permission to become a party to the case.  Ask the court administrator for the correct form to intervene as a party.

Filed in District Court
State of Minnesota
07/20/2026

**State of Minnesota**                                                          **District Court**

County of: _____        Court File Number: _____

Judicial District: _____        Case Type: <u>Juvenile</u> _____

**In the Matter of the Welfare of the Child(ren) of:**

Samira Furah
------------------------------------
☑ Parent    ☐ Legal Custodian

------------------------------------
☐ Parent    ☐ Legal Custodian

## Petition to Terminate Parental Rights (TPR) (CHP802)

Note:    Throughout this *Petition*, the word "child" (singular) is used.  "Child" refers to the child or children listed in #4 below.

⚠️ **Notice to Petitioner:** Minn. Stat. §§ 260C.141, subd. 1(b), and 260C.307, subd. 1, and Rule 54.03, subd. 2, of the Rules of Juvenile Protection Procedure require a petitioner to report any allegation of child abuse or neglect to the social services agency in the county where the child resides before filing a Petition with the Court. This Petition may be rejected if you have not first contacted the social services agency.

**To: District Court – Juvenile Division**

1.  **Petitioner's Name, Address, and Contact Information.**    My name is:

   First Name: _Samira_ _____

   Last Name: _Furah_ _____

   I am the Petitioner in this matter.  I am not a county attorney or an agent of the Commissioner of the Department of Children, Youth, and Families (DCYF), but I am filing this Petition pursuant to the authority of Minn. Stat. § 260C.307, subd. 1.  I verify that the information contained in this Petition is true and correct to the best of my information and belief.

   My address is: _16141 E burnside_
   City, State, Zip: _portland, or 97233_
   Phone: _619 - 215 - 4241_
   Email: _Samira.furah777@gmail.com_

2. **Reporting the Allegations to Social Services.** I have reported the information and circumstances alleged in this Petition to the social services agency in the county where the child resides.

☐ False.

   If "False," you must contact the social services agency *before* submitting this petition.)

☑ True, I have contacted the social services agency.

3. **Social Service Agency's Response.**

   If you checked "True" in #2, fill in the following and include a copy of the "Denial" from social services (if you received one).

   a. Name of social services agency contacted: _Ramsey County health &wellness_

   b. Date social services agency contacted: _7/15/26_

   c. Date social services agency declined to provide protection or services: _____

   _____

   d. Reasons (if known) that social services agency declined to provide protection or services: _____

   _____

   _____

4. **Petitioner's Relationship to Child, Parents, and Legal Custodians.** My relationship to the child, parents, and legal custodians named below is as follows:

   ☐ I am **not related** to the child, parents, or legal custodians.

   ☑ I am **related** to the child, parents, or legal custodians as follows:

   Explain the relationships.
   _Mother_
   _____
   _____
   _____
   _____

5. I am not filing this Petition for the sole purpose of trying to change the custody between the child's parents:

   ☑ True.

   ☐ False.

6. **Other Past or Pending Court Cases.** I am aware of the following information about other past or pending court cases (such as divorce or dissolution, child support, paternity, child protection, or criminal) in Minnesota or other states relating to the child, parents, or legal custodians named in this Petition:

☒ **I am not aware** of any court cases in Minnesota or another state relating to the child, parents, or legal custodians named in this Petition.

☐ **I am aware** of the following court cases relating to the child, parents, or legal custodians named in this Petition:

| Case Type (for example: divorce, child support, paternity, criminal, child protection) | State and County of Court File | Court File Number (if known) |
|---|---|---|
| | | |
| | | |
| | | |

7. **Child's Information.** This case involves _____ (number) children. The name, date of birth, gender, race, and current address of each child is as follows:

There is space to list 4 children below. If this case involves more than 4 children, you will need to add more paper.

| Child 1 | First Name: Mariam | Last Name: Jama |
|---|---|---|

Date of Birth: 3/20/201✓   Gender: ☐ Male  ☒ Female
Race: Black
Current Address: Unknown
City, State, Zip: _____

| Child 2 | First Name: Makram | Last Name: Jama |
|---|---|---|

Date of Birth: 8/19/2017   Gender: ☒ Male  ☐ Female
Race: Black
Current Address: Unknown
City, State, Zip: _____

| Child 3 | First Name: _____ | Last Name: _____ |
|---|---|---|

Date of Birth: _____ Gender: ☐ Male    ☐ Female

Race: _____

Current Address: _____

City, State, Zip: _____

| **Child 4** | First Name: _____ | Last Name: _____ |

Date of Birth: _____ Gender: ☐ Male    ☐ Female

Race: _____

Current Address: _____

City, State, Zip: _____

8. **Applicability of Indian Child Welfare Act (ICWA).**

Check one of the following about whether the child is an Indian child:

☐ Of the children listed above, none are members of an Indian tribe, and none are eligible for tribal membership, and the Indian Child Welfare Act does not apply.

☐ Of the children listed above, the following are members of an Indian tribe or are eligible for tribal membership, and the Indian Child Welfare Act does apply:

| Child's Name | Child is a Member of or Eligible for Membership in the Following Tribes: |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

9. **Child's Parents.** The name, date of birth, gender, race, and current address of each child's parents is as follows:

Include each mother, father, any noncustodial parent, and any adjudicated or presumed father.

If a parent is unknown or deceased, indicate that below.

If there are more than 6 parents involved, add more paper (there is only space for 6 individuals below).

| **Parent 1** First Name: Samira | Last Name: Farah |
|---|---|

Date of Birth: 01-01-1984    Gender: ☐ Male  ☒ Female

Race: Black

Parent or Presumed Parent of the following child: parent

Current Address: 16141 E burnside

City, State, Zip: Portland, or 97233

| **Parent 2** First Name: Ahmed | Last Name: Artan |
|---|---|

Date of Birth: _____    Gender: ☒ Male  ☐ Female

Race: Black

Parent or Presumed Parent of the following child: parent

Current Address: Unknown.

City, State, Zip: Saint paul, mn.

| **Parent 3** First Name: _____ | Last Name: _____ |
|---|---|

Date of Birth: _____    Gender: ☐ Male  ☐ Female

Race: _____

Parent or Presumed Parent of the following child: _____

Current Address: _____

City, State, Zip: _____

| **Parent 4** First Name: _____ | Last Name: _____ |
|---|---|

Date of Birth: _____    Gender: ☐ Male  ☐ Female

Race: _____

Parent or Presumed Parent of the following child: _____

Current Address: _____

City, State, Zip: _____

| **Parent 5** | First Name: _____ | Last Name: _____ |

Date of Birth: _____    Gender: ☐ Male    ☐ Female

Race: _____

Parent or Presumed Parent of the following child: _____

_____

Current Address: _____

City, State, Zip: _____

| **Parent 6** | First Name: _____ | Last Name: _____ |

Date of Birth: _____    Gender: ☐ Male    ☐ Female

Race: _____

Parent or Presumed Parent of the following child: _____

_____

Current Address: _____

City, State, Zip: _____

10. **Parties and Participants.** The name and address of each **party** and **participant** identified in Rules 32 and 33 of the Rules of Juvenile Protection Procedure are as follows:

| **Parties** Category | **Name** (First and Last Name) | **Address** (include address, city, state, and zip code) |
|---|---|---|
| Child's parents | Identified in Question #9 | Identified in Question #9 |
| Child's legal custodians, if different from child's parents | | |
| Child's Indian custodian, if child is an Indian child and if different from parent | | |
| Child's Indian tribe, if the child is an Indian child | Tribes, if any, are identified in Question #8 | |
| Child's Guardian ad Litem | To be identified by the Court, if one is appointed | To be identified by the Court, if one is appointed |
| Petitioner (person filling out this Petition) | Identified in Question #1 | Identified in Question #1 |
| County social services agency | | |

| **Participants** Category | **Name** (First and Last Name) | **Address** (include address, city, state, and zip code) |
|---|---|---|
| Children | Identified in Question #7 | Identified in Question #7 |
| County attorney | | |
| Guardian ad Litem for child's parent or legal custodian (if appointed) | To be identified by the Court, if one is appointed | To be identified by the Court, if one is appointed |
| Child's grandparents if child has lived with grandparents any time within last 2 years | | |
| Relatives, or other persons providing care for child, who requests notice of court proceedings | | |
| Foster parents of child, if child has been removed from home | | |
| Child's spouse, if child is married | | |

### 11. Parents Whose Rights Should Be Terminated.

List the names of the parents whose parental rights should be terminated.

Include the names of that parent's children.

If there are more than 6 parents involved, add more paper (there is only space for 6 individuals below).

All parental rights of Parent 1, _Samira    Ferah_ (name),

to the following children: _Warium  Juma , makram  Juma_

_____ (names of children) **should**

**be terminated.**

All parental rights of Parent 2, _____ (name),

to the following children: _____

_____ (names of children) **should**

**be terminated.**

All parental rights of Parent 3, _____ (name),

to the following children: _____

_____ (names of children) **should**

**be terminated.**

All parental rights of Parent 4, _____ (name),

to the following children: _____

_____ (names of children) **should**

**be terminated.**

All parental rights of Parent 5, _____ (name),

to the following children: _____

_____ (names of children) **should**

**be terminated.**

All parental rights of Parent 6, _____ (name),

to the following children: _____

_____ (names of children) **should**

**be terminated.**

12. **Statutory Grounds for Termination of Parental Rights.** All rights of the parents named above to the children named above should be terminated based upon the following Minnesota Statute grounds.

Check all that apply:

☐ 260C.301, subd. 1(a):  With the written consent of a parent who for good cause desires to terminate parental rights.

☒ 260.301, subd. 1(b)(1):  The parent has abandoned the child.

☐ 260C.301, subd. 1(b)(2):  The parent has substantially, continuously, or repeatedly refused or neglected to comply with the duties imposed upon that parent by the parent and child relationship, including but not limited to providing the child with necessary food, clothing, shelter, education, and other care and control necessary for the child's physical, mental, or emotional health and development, if the parent is physically and financially able, and either reasonable efforts by the social services agency have failed to correct the conditions that formed the basis of the petition or reasonable efforts would be futile and therefore unreasonable.

☐ 260C.301, subd. 1(b)(3):  A parent has been ordered to contribute to the support of the child or financially aid in the child's birth and has continuously failed to do so without good cause.  This clause shall not be construed to state a grounds for termination of parental rights of a non-custodial parent if that parent has not been

ordered to or cannot financially contribute to the support of the child or aid in the child's birth.

☐ 260C.301, subd. 1(b)(4): A parent is palpably unfit to be a party to the parent and child relationship because of a consistent pattern of specific conduct before the child or of specific conditions directly relating to the parent and child relationship either of which are determined by the court to be of a duration or nature that renders the parent unable, for the reasonably foreseeable future, to care appropriately for the ongoing physical, mental, or emotional needs of the child. It is presumed that a parent is palpably unfit to be a party to the parent and child relationship upon a showing that the parent's parental rights to one or more other children were involuntarily terminated.

☐ 260C.301, subd. 1(b)(5): Following the child's placement out of the home, reasonable efforts, under the direction of the court, have failed to correct the conditions leading to the child's placement. It is presumed that reasonable efforts under this clause have failed upon a showing that:

☐ (i)  A child has resided out of the parental home under court order for a cumulative period of 12 months within the preceding 22 months. In the case of a child under age eight at the time the petition was filed alleging the child to be in need of protection or services, the presumption arises when the child has resided out of the parental home under court order for six months unless the parent has maintained regular contact with the child and the parent is complying with the case plan.

☐ (ii)  The court has approved a case plan required under Section 260C.212 and filed with the court under Section 260C.178.

☐ (iii) Conditions leading to the out-of-home placement have not been corrected. It is presumed that conditions leading to a child's out-of-home placement have not been corrected upon a showing that the parent or parents have not substantially complied with the court's orders and a reasonable case plan.

☐ (iv) Reasonable efforts have been made by the social services agency to rehabilitate the parent and reunite the family, and:

☐ (A)  the parent has been diagnosed as chemically dependent by a professional certified to make the diagnosis.

☐ (B)  the parent has been required by a case plan to participate in a chemical dependency treatment program.

☐ (C)  the treatment programs offered to the parent were culturally, linguistically, and clinically appropriate.

☐ (D)  the parent has either failed two or more times to successfully complete a treatment program or has refused at two or more separate meetings with a caseworker to participate in a treatment program.

☐ (E)  the parent continues to abuse chemicals.

☐ 260C.301, subd. 1(b)(6): A child has experienced egregious harm in the parent's care which is of a nature, duration, or chronicity that indicates a lack of regard for the child's well-being, such that a reasonable person would believe it contrary to the best interest of the child or of any child to be in the parent's care.

☐ 260C.301, subd. 1(b)(7): In the case of a child born to a mother who was not married to the child's father when the child was conceived nor when the child was born the person is not entitled to notice of an adoption hearing under Section 259.49 and the person has not registered with the fathers' adoption registry under Section 259.52.

☐ 260C.301, subd. 1(b)(8):  The child is neglected and in foster care.

☐ 260C.301, subd. 1(b)(9):  The parent has been convicted of a crime listed in Section 260.012, paragraph (b), clauses (1) to (3).

☐ 260C.301, subd. 3:  The child has been subjected to egregious harm or is a sibling of another child of the parent who was subjected to egregious harm or is an abandoned infant.

13. **Facts Supporting Termination of Parental Rights.**  The facts supporting this petition for termination of parental rights are as follows:

Include all facts and reasons why you believe the parental rights should be terminated, including specific names, dates, times, and places of any relevant events that have occurred. Add more paper if needed.

I have had no contact with them for the past 2 years and cant take care of them am doing whats best fore them.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

14. **Best Interests of the Child.** Termination of Parental Rights is in the best interests of the child because:

Check all that apply:

☑ The return of the child to the parents is not possible within the foreseeable future.

☐ There are no relatives available at this time to accept a transfer of permanent legal and physical custody of the child.

☐ Placement of the child in Long Term Foster Care is not in the child's best interests.

☑ The child would be free to be adopted.

15. Because of the conditions and surroundings of the child named above, the welfare and best interests of the child requires that this Court immediately take the child into custody.

## Requests

**Based on the information included above,** I ask that:

1. A hearing be scheduled in this case regarding the Petition.

2. The Court issue an Order terminating all parental rights of the parents as requested in this Petition.

3. The child be placed under the guardianship and legal custody of the Minnesota Commissioner of the Department of Children, Youth, and Families (DCYF).

I declare under penalty of perjury that everything I have stated in this document is true and correct. Minn. Stat. § 358.116

Date: _7/15/26_

Signature: _[signature]_

County and state where signed:
_Multnomah, oregon_

Name: _Samira Farah_
Address: _1141 E burnside_
City, State, Zip: _portland or 97233_
Phone: _619-215-4241_
Email: _SamiraFarah777@gmail.com_

**Name, address, and phone number of attorney for Petitioner (if any):**

Name: _____

Attorney ID: _____

Address: _____

City, State, Zip: _____

Phone: _____

Email: _____

## Verification

I, _Samira Farah_ (name), state that I am the Petitioner in the above-entitled action. I have read and know the contents of the Petition, and its contents are true and correct to the best of my information and belief.

I declare under penalty of perjury that everything I have stated in this document is true and correct. Minn. Stat. § 358.116

Date: _7/15/26_

Signature: _[signature]_

County and state where signed:
_Multnomah, Oregon_

Name: _Samira Farah_
Address: _1141 E burnside_
City, State, Zip: _portland, or 97233_
Phone: _619-215-4241_
Email: _SamiraFarah777@gmail.com_

## Acknowledgement

I, _Samira Farah_ (name), acknowledge that, pursuant to Minn. Stat. § 549.21, costs, disbursements, and reasonable attorney and witness fees may be awarded to the opposing party or parties for actions I commence in bad faith; for

any claim or defense that I assert that is frivolous and costly to the other party or parties; for any position I assert that is unfounded and meant solely to delay the ordinary course of the proceedings or to harass; or for any fraud I commit upon the Court.

I declare under penalty of perjury that everything I have stated in this document is true and correct. Minn. Stat. § 358.116

Date: 7/15/26

County and state where signed: Multonomak, oregon

Signature:

Name: Scumva Finch

Address: 16141 E Burnside

City, State, Zip: Portland, or 97253

Phone: 619 215-4241

Email: Scumyu finch 777@gmail.com

---

**After you have filled out all questions in the Petition to Terminate Parental Rights and signed it, give it to the court administrator to review for completeness.**

---

Filed in District Court | State of Minnesota | 7/20/2026

State of Minnesota

Ramsey County

District Court

Second Judicial District

Court File Number: 62-JV-26-532

Case Type: CHIPS - Permanency

## Notice of Judicial Assignment

Ahmed Artan

250 Turners XRD S

APT 208

Golden Valley MN  55416

In the Matter of the Welfare of the Children of: Samira Farah

This case is assigned to:

Judge Nicole J. Starr

25 West Seventh Street B134

St Paul MN  55102

651-266-5115

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply with Minnesota Rules of Juvenile Protection Procedure 7.

Dated: July 20, 2026

Donald W. Harper

Ramsey County Court Administrator