# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | |
| Plaintiff, | ) | Case No: 22-cr-223 (8) (NEB/DTS) |
| | ) | Date: August 13, 2026 |
| v. | ) | Courthouse: Minneapolis |
| | ) | Courtroom: 13W |
| AHMED MOHAMED ARTAN, | ) | Court Reporter: Renee Rogge |
| | ) | Time Commenced: 3:00 p.m. |
| Defendant. | ) | Time Concluded: 3:35 p.m. |
| | ) | Time in Court: 35 minutes |
| | ) | |

Before Nancy E. Brasel, United States District Judge
APPEARANCES:
    For Plaintiff:    Rebecca Kline, Assistant U.S. Attorney
    For Defendant:    Daniel Gerdts, CJA Appointed Attorney

☒ **Sentencing.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Plea | BOP | SR |
|---|---|---|---|
| 3 | X | 33  months | 1 year |

☒ Special conditions of: **See J&C for special condition.**
☒ Restitution in the amount of $666,422 is due immediately. This amount shall be joint and several with all codefendants in this case 22-cr-223 (NEB/DTS)
☒ Special assessment in the amount of $100.00 due immediately.
☒ Counts 1, 4, 6-7, 9-10, 13, 15, 41 and 58 of the Indictment are dismissed on motion by the Government.
☒ ECF Nos. 986-1, 986-2 and 987 may be unrestricted on 8/13/41.
☒ Defendant is released on his bond conditions. Defendant shall voluntarily surrender to his place of confinement on 10/13/26 by 12:00 p.m. If a designation has not been determined by that date or the defendant prefers he may surrender to the US. Marshal Services in Minneapolis, MN on 10/13/26 by 12:00 p.m.

Date: August 13, 2026

                    s/Kristine Wegner
                    Courtroom Deputy to Judge Nancy E. Brasel